UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOLLAND AMERICA LINE, N.V. d/b/a HOLLAND AMERICA LINE, N.V., L.L.C., a Washington Limited Liability Corporation; SEABOURN CRUISE LINE, LTD., a Washington Limited Liability Corporation; and PRINCESS CRUISE LINES, LTD., d/b/a PRINCESS CRUISES, a California Limited Liability Corporation, | CASE NO. C17-1726-JCC MINUTE ORDER |
| Plaintiff, v. | |
| ORIENT DENIZCILIK TURIZM SANAYI VE TICARET, A.S., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for an enlargement of the time to serve Defendants and file proof(s) of service of process. (Dkt. No. 6.) Plaintiff indicates additional time is required to effect service of Defendants in Turkey pursuant to Federal Rule of Civil Procedure 4(f) and the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil or Commercial Matters. Plaintiff's motion is GRANTED. The time

1  for Plaintiff to serve Defendants and file proof(s) of service of process is enlarged by six months,

2  from February 13, 2018 to August 13, 2018.

3        DATED this 31st day of January 2018.

4                                              William M. McCool
                                             Clerk of Court

5

6                                            s/Tomas Hernandez
                                             Deputy Clerk

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26