THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOLLAND AMERICA LINE, N.V. d/b/a HOLLAND AMERICA LINE, N.V., L.L.C., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ORIENT DENIZCILIK TURIZM SANAYI VE TICARET, A.S., d/b/a SEA SONG TOURS, *et al.*,<br><br>Defendants. | CASE NO. C17-1726-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' motion (Dkt. No. 8) to continue the status conference scheduled for February 27, 2018, as additional time is needed to effect international service on Defendants. Finding good cause, the Court GRANTS the motion. The status conference in this case is continued to 9 a.m. on September 18, 2018.

//

//

//

//

MINUTE ORDER C17-1726-JCC
PAGE - 1

1       DATED this 15th day of February 2018.

William M. McCool<br>
Clerk of Court<br><br>
s/Tomas Hernandez<br>
Deputy Clerk