THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOLLAND AMERICA LINE, N.V. d/b/a HOLLAND AMERICA LINE, N.V., L.L.C., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ORIENT DENIZCILIK TURIZM SANAYI VE TICARET, A.S., d/b/a SEA SONG TOURS, *et al.*, <br><br> Defendants. | CASE NO. C17-1726-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' unopposed motion (Dkt. No. 22) for leave to file an over-length brief opposing Defendants' motion to dismiss (Dkt. No. 18.) Twenty additional pages over that allowed by Local Rule 7(e)(3) is excessive. Accordingly, Plaintiffs' motion (Dkt. No. 22) is GRANTED in part and DENIED in part. Plaintiffs may file an opposition brief with six additional pages over that allowed by Local Rule 7(e)(3), for a total of thirty (30) pages. Defendant's reply brief shall not exceed one-half the total length thereof. W.D. Wash. Local Civ. R. 7(f)(4).

//

DATED this 20th day of April 2018.

        <u>William M. McCool</u>
        Clerk of Court

        <u>s/Tomas Hernandez</u>
        Deputy Clerk