THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOLLAND AMERICA LINE, N.V., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ORIENT DENIZCILIK TURIZM SANAYI VE TICARET, A.S., *et al.*,<br><br>Defendants. | CASE NO. C17-1726-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants' Motion to Dismiss (Dkt. No. 18), Plaintiffs' First Amended Complaint ("FAC") (Dkt. No. 25), and Defendant's request to strike the Motion to Dismiss as moot (Dkt. No. 29). The FAC was timely filed as a matter of course pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). As a result, Plaintiffs' original complaint, upon which Defendant's Motion to Dismiss was based, is superseded. *Ramirez v. Cty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015). The Court STRIKES Defendant's Motion to Dismiss (Dkt. No. 25) as moot. Defendants may, of course, file a new motion to dismiss the FAC.

DATED this 15th day of May 2018.

<u>William M. McCool</u><br>
Clerk of Court<br><br>
<u>s/Tomas Hernandez</u><br>
Deputy Clerk