UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOLLAND AMERICA LINE, N.V., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ORIENT DENIZCILIK TURIZM SANAYI VE TICARET, A.S., *et al.*, <br><br> Defendants. | CASE NO. C17-1726-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to set a briefing schedule for Defendants' motion to dismiss (Dkt. No. 31). The Court GRANTS the stipulated motion and sets the following briefing schedule for the benefit of the parties:

1. Defendants' motion to dismiss is to be filed Thursday, June 7, 2018.
2. Plaintiffs' response is due Monday, July 16, 2018.
3. Defendants' reply is due Friday, July 27, 2018.
4. Defendants' motion to dismiss shall be noted for Friday, July 27, 2018.

5. The page limit for Defendants' motion to dismiss shall be 30 pages. The page limit for Plaintiffs' response shall be 30 pages. The page limit for Defendants' reply shall be 15 pages.

DATED this 15th day of May 2018.

William M. McCool  
Clerk of Court

s/Tomas Hernandez  
Deputy Clerk