UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOLLAND AMERICA LINE, N.V. d/b/a HOLLAND AMERICA LINE, N.V., L.L.C., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ORIENT DENIZCILIK TURIZM SANAYI VE TICARET, A.S., d/b/a SEA SONG TOURS, *et al.*,<br><br>Defendants. | CASE NO. C17-1726-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the deadline for Orient Defendants to respond (Dkt. No. 43) to Plaintiffs' Second Amended Complaint (Dkt. No. 42). Both parties stipulate that, if no Orient Defendants file a motion under Federal Rule of Civil Procedure 12, an answer is due from the Orient Defendants by September 20, 2018. (Dkt. No. 43 at 2.) The parties further stipulate that if any one or more of the Orient Defendants files a motion under Federal Rule of Civil Procedure 12, that motion is due on October 24, 2018 and the moving party or parties' reply is due on November 9, 2018. (Dkt. No. 43 at 2.) Finally, the parties stipulate that if one or more, but not all, of the Orient Defendants

files a motion under Federal Rule of Civil Procedure 12, the non-moving Orient Defendant's answer to Plaintiffs' Second Amended Complaint is due 14 days after the Court rules on the Federal Rule of Civil Procedure 12 motion. (Dkt. No. 43 at 2.)

The parties' stipulated motion (Dkt. No. 43) is GRANTED. Defendants shall respond with an answer by September 20, 2018, or alternatively, a response under Federal Rule of Civil Procedure 12 by October 24, 2018.

DATED this 6th day of September 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk