THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOLLAND AMERICA LINE, N.V. d/b/a HOLLAND AMERICA LINE, N.V., L.L.C., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ORIENT DENIZCILIK TURIZM SANAYI VE TICARET, A.S., d/b/a SEA SONG TOURS, *et al.*,<br><br>Defendants. | CASE NO. C17-1726-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Court previously entered a Minute Order granting the parties stipulated extension of deadlines. (Dkt. No. 44.) In lieu of that Minute Order, the parties now stipulate that the deadline for any Orient Defendants to answer or file a Federal Rule of Civil Procedure 12 motion to Plaintiffs' Second Amended Complaint is September 20, 2018. (Dkt. No. 45 at ¶ 10.) The parties further stipulate that if one or more of the Orient Defendants files a Federal Rule of Civil Procedure 12 motion, Plaintiffs' response to that motion is due on October 24, 2018. (Dkt. No. 45 at ¶ 11.) Finally, the parties stipulate that the moving party's or parties' reply is due on November 9, 2018. (Dkt. No. 45 at ¶ 12.)

MINUTE ORDER
C17-1726-JCC
PAGE - 1

1    The parties' stipulated motion (Dkt. No. 45) is GRANTED. Defendants shall respond to
2    Plaintiffs' Second Amended Complaint with an answer or a Federal Rule of Civil Procedure 12
3    motion by September 20, 2018. If one or more of the Orient Defendants files a Federal Rule of
4    Civil Procedure 12 motion, Plaintiffs' response to that motion is due no later than October 24,
5    2018. The moving party's or parties' reply to Plaintiffs' response is due no later than November
6    9, 2018.

7    If one or more, but not all, of the Orient Defendants files a Federal Rule of Civil
8    Procedure 12 motion in response to Plaintiffs' Second Amended Complaint, the non-moving
9    Orient Defendant's answer to Plaintiffs' Second Amended Complaint is due 14 days after the
10   Court rules on the moving Orient Defendants' Federal Rule of Civil Procedure 12 motion. (*See*
11   Dkt. No. 45 at ¶ 6.)

12   DATED this 20th day of September 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk