THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOLLAND AMERICA LINE, N.V. d/b/a HOLLAND AMERICA LINE, N.V., L.L.C., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ORIENT DENIZCILIK TURIZM SANAYI VE TICARET, A.S., d/b/a SEA SONG TOURS, *et al.*,<br><br>Defendants. | CASE NO. C17-1726-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants' motion to dismiss Plaintiffs' second amended complaint (Dkt. No. 47). In their reply brief, Defendants argue that Defendant Sefer cannot be liable for tortious interference because Defendant Sefer did not act in bad faith. (Dkt. No. 50 at 8–10.) Plaintiffs are ORDERED to file supplemental briefing regarding whether the tortious interference claim should be dismissed pursuant to *Olympic Fish Products, Inc. v. Lloyd*, 611 P.2d 737 (Wash. 1980). The brief shall be limited to one single-spaced page, filed no later than December 11, 2018.

//

1       DATED this 4th day of December 2018.

2                                 William M. McCool
                                  Clerk of Court

3

4                                 s/Tomas Hernandez
                                  Deputy Clerk

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER
C17-1726-JCC
PAGE - 2