UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOLLAND AMERICA LINE, N.V. d/b/a HOLLAND AMERICA LINE, N.V., L.L.C., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ORIENT DENIZCILIK TURIZM SANAYI VE TICARET, A.S., d/b/a SEA SONG TOURS, *et al.*,<br><br>Defendants. | CASE NO. C17-1726-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Karen Fedorko Sefer's request to file a reply to Plaintiffs' supplemental briefing. (Dkt. No. 55.) The request is DENIED. If the parties wish to do so, they may properly raise the arguments in any forthcoming motion to dismiss.

DATED this 20th day of December 2018.

             William M. McCool
             Clerk of Court

             s/Tomas Hernandez
             Deputy Clerk