THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOLLAND AMERICA LINE, N.V. d/b/a HOLLAND AMERICA LINE, N.V., L.L.C., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ORIENT DENIZCILIK TURIZM SANAYI VE TICARET, A.S., d/b/a SEA SONG TOURS, *et al.*, <br><br> Defendants. | CASE NO. C17-1726-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to amend the briefing schedule for Defendants' motion to dismiss (Dkt. No. 64). The motion is GRANTED. Plaintiffs' response (Dkt. No. 63) is STRICKEN. The Clerk is DIRECTED to re-note Defendants' motion to dismiss (Dkt. No. 61) to March 1, 2019. Plaintiffs' response to Defendants' motion to dismiss (Dkt. No. 61) is due February 22, 2019. Defendants' reply to Plaintiffs' response is due March 1, 2019.

//

//

MINUTE ORDER
C17-1726-JCC
PAGE - 1

1       DATED this 14th day of February 2019.

William M. McCool<br>
Clerk of Court<br><br>
s/Tomas Hernandez<br>
Deputy Clerk