THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOLLAND AMERICA LINE, N.V. d/b/a HOLLAND AMERICA LINE, N.V., L.L.C., a Washington limited liability corporation, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ORIENT DENIZCILIK TURIZM SANAYI VE TICARET, A.S. d/b/a SEA SONG TOURS, a Turkish corporation, *et. al.*, <br><br> Defendants. | CASE NO. C17-1726-JCC <br><br> MINUTE ORDER |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion regarding case management dates (Dkt. No. 76). The Court hereby GRANTS the motion and ORDERS that the parties must adhere to the following revised case schedule:

| **Event** | **Current Date** | **Proposed Date** |
|---|---|---|
| Trial | May 11, 2020 | September 28, 2020 |
| Trial Briefs | May 7, 2020 | September 25, 2020 |
| Proposed Voir Dire / Jury Instructions | May 7, 2020 | September 25, 2020 |
| Proposed Pretrial Order | May 1, 2020 | September 18, 2020 |

MINUTE ORDER
C17-1726-JCC
PAGE - 1

| | | |
|---|---|---|
| Discovery Cutoff | January 10, 2020 | May 29, 2020 |
| Dispositive Motion Deadline | February 11, 2020 | June 30, 2020 |

DATED this 6th day of December 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
