THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOLLAND AMERICA LINE, N.V., d/b/a HOLLAND AMERICA LINE, N.V., L.L.C., a Washington limited liability corporation, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ORIENT DENIZCILIK TURIZM SANAYI VE TICARET, A.S., d/b/a SEA SONG TOURS, a Turkish corporation, *et al.*,<br><br>Defendants. | CASE NO. C17-1726-JCC<br><br>MINUTE ORDER |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' amended notice of settlement (Dkt. No. 92). Plaintiffs inform the Court that the parties have settled this action in its entirety. (*Id.* at 1.) Accordingly, the Court hereby STRIKES the jury trial set for September 28, 2020, and all case management deadlines. The Court DIRECTS the Clerk to TERMINATE all pending motions, including Defendants' motion for attorney fees (Dkt. No. 86), and to statistically CLOSE this case. The Court further DIRECTS the parties to file a stipulated order of dismissal or a joint status report within 30 days of the date of this order.

//

MINUTE ORDER
C17-1726-JCC
PAGE - 1

1    DATED this 29th day of May 2020.

William M. McCool  
Clerk of Court

s/Tomas Hernandez  
Deputy Clerk

MINUTE ORDER  
C17-1726-JCC  
PAGE - 2